```
cc: order, docket, remand letter to
Los Angeles Superior Court, No. BC 454 775
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STUYVESANT INSURANCE COMPANY, NATIONAL AMERICAN INSURANCE COMPANY OF CALIFORNIA, DANIELSON NATIONAL INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:11-CV-03947-DDP-E<br><br>*Assigned to Hon. Dean D. Pregerson, Courtroom 3 – 2nd Floor*<br><br>ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT |

Having reviewed the Parties' Stipulation to Remand Action to State Court, the matters set forth therein, and the files and records of this action, and good cause appearing therefor;

1

IT IS HEREBY ORDERED THAT this Action shall forthwith be remanded to the Superior Court of the State of California in and for the County of Los Angeles.

**SO ORDERED:**

DATED: May 26, 2011        By: _____
                                Hon. Dean D. Pregerson
                                United States District Judge